## SENTENCES.

[Hamilton Circuit Court.]

### FLORIEN ATKINS V. STATE OF OHIO.

CORRECTION OF SENTENCE.

> A sentence within legal limits cannot be corrected on error although it may seem too long to appellate court.

HEARD ON ERROR.

*H. R. Probasco*, for plaintiff in error.

*Schwartz, Darby & Ballard*, for the state.

SMITH, J.

A majority of the court are of the opinion that the verdict of the jury finding the plaintiff in error guilty of an assault upon the prosecuting witness with an intent to ravish her, was not so manifestly against the weight of the evidence as to justify the court in reversing the judgment on that ground. Judge Smith is of the opinion that, while the defendant was shown to have been guilty of an assault upon her, it was not shown with the clearness and certainty that the law requires in cases of this character that he at the time intended to ravish her. We are all of the opinion that, in view of the uncertainty and of the facts shown, the sentence of the court (five years in the penitentiary) was far too long a term, but this we cannot correct.

The judgment will, therefore, be affirmed.